# Court of Appeals
# of the State of Georgia

ATLANTA, October 06, 2016

*The Court of Appeals hereby passes the following order*

**A17D0062. IN THE INTEREST OF: K. G., T. R., JR. AND K. J., CHILDREN
(MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be
hereby DENIED.

LC NUMBERS:

03516J0113 03516J0114 03516J0115



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta, October 06, 2016.*

*I certify that the above is a true extract from the minutes
of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*, Clerk.*